UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| HUGO TRUJILLO MEDINA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00311-MPB-MKK |
| | ) | |
| BRISON SWEARINGEN, | ) | |
| FIELD OFFICE DIRECTOR, | ) | |
| TODD M. LYONS, | ) | |
| MARKWAYNE MULLIN, | ) | |
| TODD BLANCHE, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This matter is before the Court on Petitioner's Motion to Vacate Further Relief Ordered by the Court as Unnecessary. Petitioner has decided to accept voluntary departure rather than seek relief via a bond hearing. The motion, dkt. [12], is **granted** to the extent that the portion of the Court's May 13, 2026, Order requiring Respondents to either provide Petitioner with a bond hearing on or before May 15, 2026, or release Petitioner from custody is **VACATED** as unnecessary.

Additionally, the Court vacates its order of final judgment, dkt. 11, and directs the clerk to enter an amended final judgment reflecting that this action is dismissed without prejudice as moot.

**IT IS SO ORDERED.**

Dated: May 21, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel